UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY, ET AL.,

                Plaintiffs,

- against -

HUDSON INSURANCE COMPANY, ET AL.,

                Defendants.

23-cv-8750 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 21, 2024**, at **11:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 7, 2024

                                    John G. Koeltl
                            United States District Judge