UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY, ET AL.,

           Plaintiffs,

- against -

HUDSON INSURANCE COMPANY, ET AL.,

           Defendants.

---

23-cv-8750 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff is directed to file an amended complaint by **March 1, 2024.** Based on the conference held today, the plaintiff will name Hudson Excess Insurance Company as a defendant and not name Hudson Insurance Company. This action is discontinued against Hudson Insurance Company. The time for all defendants to move or answer is **March 15, 2024.**

The status conference scheduled for **March 15, 2024, at 2:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
          February 21, 2024

                                              John G. Koeltl
                                     United States District Judge