UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY, ET AL.,

                Plaintiffs,

- against -

HUDSON INSURANCE COMPANY, ET AL.,

                Defendants.

23-cv-8750 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **April 24, 2024.**

SO ORDERED.

Dated:    New York, New York
            April 10, 2024

                                      _____
                                        John G. Koeltl
                                    **United States District Judge**