UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY, ET AL.,

        Plaintiffs,

- against -

HUDSON INSURANCE COMPANY, ET AL.,

        Defendants.

---

23-cv-8750 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **May 8, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
            May 1, 2024

                                        John G. Koeltl
                                    United States District Judge