```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

COLONY INSURANCE COMPANY, ET AL.,

              Plaintiffs,

      - against -

HUDSON INSURANCE COMPANY, ET AL.,

              Defendants.

-----------------------------------------

23-cv-8750 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by telephone, for a case-management conference on **Monday, June 30, 2025,** at **3:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            June 5, 2025

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    United States District Judge