UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE COMPANY, ET AL.,
                Plaintiffs,      23-cv-8750 (JGK)

- against -      ORDER

HUDSON INSURANCE COMPANY, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held on June 30, 2025, the parties should provide an update on the status of the case by July 18, 2025.

SO ORDERED.
Dated:    New York, New York
          July 1, 2025

                                      John G. Koeltl
                               United States District Judge