# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, New York 10532
DIRECT (914) 586-7006 | MAIN (914) 347-2600 | FAX (914) 347-8898
Jonathan R. Harwood | Partner | jharwood@tlsslaw.com

August 29, 2025

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-131

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
9/1/25

Re:    Matter          :   *Colony Insurance Co. v. Hudson Insurance Co., et al.*
       Case No.        :   23-cv-08750 (JGK)(JLC)
       Our File No.    :   650.0160

Dear Judge Koeltl:

We represent plaintiffs Colony Insurance Company ("Colony") and Unity Construciton Services, Inc. ("Unity") (collectively, "plaintiffs") in the captioned matter. The parties submit this joint status report pursuant to the Court's July 17, 2025 order.

Colony and Unity have provided counsel for Hudson Excess Insurance Company ("Hudson") and Merchants Mutual Insurance Company ("Merchants") with revised versions of the fee and expense statements issued by counsel defending Unity in the underlying *Carlo Ramirez v. SGC Development. et. al*, action (the "Ramirez Action") that isolate entries in its billings for work performed, and fees incurred, in that matter. Due to some delays in obtaining the information, those statements were provided a week later than anticipated. Counsel for Hudson and Merchants are reviewing those materials and counsel for Hudson has requested that it have until September 8, 2025 to respond to Colony and Unity. Colony requests that it then have until September 19, 2025 to provide a further status report to the Court.

All counsel have consented to this proposal.

Thank you for your consideration of the foregoing.

Sincerely,

*Jonathan Harwood*

Jonathan Harwood

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
www.traublieberman.com       CONNECTICUT

Hon. John G. Koeltl
Our File No.: 650.0160
Page 2

cc:   All Counsel of Record (via ECF)