UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE CO.,

              Plaintiff,        23-cv-8750 (JGK)

    - against -             ORDER

HUDSON INSURANCE CO., ET AL.

              Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status report by October 28, 2025.

SO ORDERED.

Dated:    New York, New York
           October 21, 2025

                                        John G. Koeltl
                                  United States District Judge