UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE CO.,

            Plaintiff,         23-cv-8750 (JGK)

    - against -            ORDER

HUDSON INSURANCE CO., ET AL.

            Defendants.

---

JOHN G. KOELTL, District Judge:

    On October 29, 2025, the Court ordered the parties to provide a status report by **November 11, 2025**. ECF No. 134. That date has passed, and no status report has been filed.

    The deadline for the parties to provide a status report is therefore extended to **November 20, 2025**.

SO ORDERED.

Dated:    New York, New York
          November 13, 2025

                                            _____
                                                  John G. Koeltl
                                        United States District Judge