UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLONY INSURANCE CO.,

                          Plaintiff,              23-cv-8750 (JGK)

          - against -                             ORDER

HUDSON INSURANCE CO., ET AL.

                          Defendants.

---

JOHN G. KOELTL, District Judge:

On November 20, 2025, the Court ordered the parties to provide a status report by **December 8, 2025**. ECF No. 137. That date has passed, and no status report has been filed.

The deadline for the parties to provide a status report is therefore extended to **December 15, 2025**. If no status report is filed, this case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          December 9, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge