UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

COLONY INSURANCE CO.,

                    Plaintiff,              23-cv-8750 (JGK)

        - against -                         ORDER

HUDSON INSURANCE CO., ET AL.

                    Defendants.
————————————————————————————————

JOHN G. KOELTL, District Judge:

    On December 10, 2025, at the parties' request, the Court granted the parties an extension until **December 22, 2025**, to provide a status report. ECF No. 140. That deadline has passed, and no status report has been filed. This is the third time that the parties have failed to timely provide a status update. See ECF Nos. 135, 138.

    The deadline for the parties to provide a status report is extended to **January 5, 2026.** If no status report is filed, this case may be dismissed without prejudice for failure to prosecute.


SO ORDERED.

Dated:    New York, New York
          December 23, 2025

                                            _____
                                            John G. Koeltl
                                            United States District Judge