# TRAUB LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, NY 10601

DIRECT (914) 586-7006 | MAIN (914) 347-2600 | FAX (914) 347-8898

Jonathan R. Harwood | Partner | Jharwood@tlsslaw.com

May 22, 2026

*Time to reopen*
*extended to June 19, 2026.*
*So ordered.*
*[signature] U.S.D.J.*
*5/22/26*

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-131

Re:  Matter    :  *Colony Insurance Co. v. Hudson Insurance Co., et al.*
      Case No.    :  23-cv-08750 (JGK)(JLC)
      Our File No.  :  650.0160

Dear Judge Koeltl:

We represent plaintiffs Colony Insurance Company ("Colony") and Unity Construciton Services, Inc. ("Unity") (collectively, "plaintiffs") in the captioned matter.

As previously reported, the plaintiffs have reached settlements in principle with both defendants. Draft settlement agreements have been circulated. We have received comments from both parties and are working towards finalizing the agreements. In light of the foregoing, we respectfully request that this matter be reopened until June 19, 2026, to conclude this process. All parties consent to this request.

Thank you for your consideration of this request.

Sincerely,

*Jonathan Harwood*

Jonathan Harwood

cc:    All Counsel of Record (via ECF)

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
**www.traublieberman.com**    CONNECTICUT